Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: jcochran@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FOLEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A., DOES I through V; and ROE ENTITIES I through X; jointly and severally,<br><br>Defendants. | Case No: 3:10-cv-00702-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

Plaintiff JOHN FOLEY ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to the following:

1. The Parties have reached a settlement with respect to the claims at issue in this case.

2. Pursuant to the Parties' Confidential Settlement and Release Agreement, the Parties agree that the above-captioned matter ("Action") shall be dismissed with prejudice. The Parties shall bear their own attorneys' fees, expenses, and costs associated with the Action.

///

///

///

///

16429100.1

1  The parties further stipulate that all pending deadlines and hearings shall be vacated.

3  Dated February 6, 2013

Dated February 6, 2013
SNELL & WILMER L.L.P.

5  By: */s/ Henry Egghart, Esq.*
   Henry Egghart, Esq.
   Tudor Chirala, Esq.
   226 Hill Street
   Reno, NV 89501
   *Attorneys for Plaintiff*

By: */s/ Justin R. Cochran, Esq.*
   Justin R. Cochran, Esq.
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, NV 89169
   *Attorneys for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED:**

_____
DISTRICT COURT JUDGE

DATED: February, 20, 2013.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Justin R. Cochran, Esq.*
   Justin R. Cochran, Esq.
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, NV 89169
   *Attorneys for Defendant Wells Fargo Bank, N.A.*

- 2 -

16429100.1